the revised opinion filed January 18, 1996, is substituted in its stead.

Tom KING, Appellant,

v.

Shirley S. CHATER, Appellee.

No. 95–1478.

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 17, 1995.

Decided Dec. 21, 1995.

Monty L. ROTH, Appellant,

v.

HOMESTAKE MINING COMPANY
OF CALIFORNIA, Appellee.

No. 95–1703SDRC.

United States Court of Appeals,
Eighth Circuit.

Jan. 31, 1996.

On the court's own motion, the opinion filed December 20, 1995, is withdrawn and